TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-94-00672-CR







Silvestre Reyes Avila, Appellant



v.



The State of Texas, Appellee







FROM THE COUNTY COURT AT LAW NO. 2 OF BELL COUNTY


NO. 2C93-5978, HONORABLE JOHN BARINA, JUDGE PRESIDING







PER CURIAM



 This is an appeal from the judgment of conviction for driving while license
suspended. Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).




Before Justices Powers, Kidd and B. A. Smith


Appeal Dismissed on Appellant's Motion


Filed: June 21, 1995


Do Not Publish